# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHY BORDELON

VERSUS

KOHLER CO. AND CM HOLDINGS,
L.L.C.

NO.  2026 CW 0475

**JULY 13, 2026**

---

In Re:    CM Holdings, L.L.C., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 731776.

---

BEFORE:   THERIOT, LANIER, AND MILLER, JJ.

**WRIT NOT CONSIDERED.** The writ application failed to include a copy of all attachments to the opposition filed with the district court and court minutes in violation of Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(9) and (10). In addition, this court requires a copy of the pertinent hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 12, 2026, and must contain a copy of this ruling.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT